Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:  (310) 866-5157
Facsimile:   (310) 943-2085

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILDAN CORPORATION, d.b.a. Illesteva, a Florida corporation; DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-07661-MCS-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint Filed: September 27, 2021 |

---

**NOTICE OF VOLUNTARY DISMISSAL**

**TO THE COURT:**

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Backgrid USA, Inc. voluntarily dismisses the above-captioned action with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: January 14, 2022          **ONE LLP**

By: */s/ Joanna Ardalan*
    Joanna Ardalan
    Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Backgrid USA, Inc.

2

**NOTICE OF VOLUNTARY DISMISSAL**